UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**GEORGE L. RUSSELL, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

August 17, 2018

MEMORANDUM TO COUNSEL RE: <u>Ronaldo Otero v. Alessandro C. Speciale, et al.</u>
Civil Action No. GLR-15-1305

Dear Counsel:

Pending before the Court is Defendant Alessandro C. Speciale's Motion in Limine to Preclude Testimony Regarding Certain Elements of Plaintiff's Life Care Plan (ECF No. 54) and Defendant The Orthopaedic and Sports Medicine Center, LLC's Motions in Limine to Preclude Testimony Regarding Certain Elements of Plaintiff's Life Care Plan (ECF Nos. 55, 56). After the parties filed their respective Motions, the Court granted the parties' Motion to Modify the Scheduling Order and stayed the case. (ECF Nos. 59, 60). The deadline for all pretrial motions is now January 18, 2019, and the trial is now scheduled to begin on April 15, 2019.

Accordingly, the Motions are DENIED WITHOUT PREJUDICE. The parties may refile their respective Motions, or file a Line reinstating them, by the January 18, 2019 pretrial motions deadline. In addition, the Court encourages the parties to work together to stipulate to facts that are not in dispute.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
George L. Russell, III
United States District Judge